March 21, 1979

405 A.2d 546

Commonwealth v. Gyukery, Appellant.

Submitted October 26, 1978. William E. Moot, for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

405 A.2d 546

Commonwealth v. Hamilton, Appellant.

Submitted October 26, 1978. Louis R. Dadowski, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order and judgment of sentence affirmed.

SPAETH, J. concurred in the result.